UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

The Estate of ROBERT S. FELTS, et al.,

　　　　　　　　Plaintiff,

vs.

GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY, et al.,

　　　　　　　　Defendant.

C06-1419 JPD

**MINUTE ORDER**

　　　The above referenced case has been initially assigned to the Honorable James P. Donohue, United States Magistrate Judge, subject to the consent of the parties pursuant to 28 U.S.C. 636(c)(1)(C).

　　　On October 18, 2006, , notice of the parties rights with regard to consenting to the case being assigned to Magistrate Judge Donohue for all purposes was filed by the Clerk of Court.  The parties were advised they had until November 29, 2006, to consent, if they wished.

　　　In the interim, a Motion for Leave to File Excess Pages has been filed and noted for October 26, 2006.  Accordingly, pending dates are adjusted as follows:

1 Consent to Assignment to  Magistrate Judge Donohue           November 3, 2006

2

3       In the event the parties (or any party) choose not to consent, the case will be
4 reassigned to a District Judge.

5

6

7                                        Dated this 27th day of October, 2006

8

9                                        Bruce Rifkin
                                         Clerk of Court
10

11                                       by:   /s/   PETER H. VOELKER
                                                     Peter H. Voelker, Deputy Clerk
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28