The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF ROBERT S. FELTS, deceased, by and through, its Personal Representative, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY, a Delaware corporation, GENWORTH LIFE INSURANCE COMPANY, a Delaware corporation, WEBANNUITIES.COM, a foreign corporation, HERSH STERN, an individual resident of New Jersey, and JEFFREY REESE, an individual, <br><br> Defendants. | No. C06-1419 RAJ <br><br> SECOND DECLARATION OF TIMOTHY J. LAYTON |

TIMOTHY J. LAYTON declares under penalty of perjury as follows:

1. ***Identity of Declarant.*** I previously provided a declaration and was deposed in this matter. At the time of those events, I was the Immediate Annuities Leader for Genworth Life Insurance Company ("Genworth") in Richmond, Virginia. In that capacity, I had overall responsibility within Genworth for the management of the single premium immediate annuity ("SPIA") product line. As part of my day-to-day responsibilities, I both supervised and performed analyses of and research into data concerning Genworth's immediate annuity

SECOND LAYTON DECL. (C06-1419 RAJ) – 1
DWT 11672170v1 0081972-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  contracts. I have since moved to a different position within Genworth. I have personal
2  knowledge of the matters set forth in this Declaration. If called as a witness, I would be
3  competent to testify to those matters.

4      2.    ***Additional Acknowledgement Forms.*** In my prior declaration in this action, I
5  authenticated acknowledgement forms signed by Mr. Felts relating to three of the SPIAs at
6  issue in this action. Attached hereto as <u>Exhibit A</u> are true and correct copies of the
7  acknowledgement forms for the two additional SPIAs at issue in this action.

8      3.    ***Felts' Contracts/Applications.*** Attached hereto as <u>Exhibit B</u> is annuity
9  contract no. YGEC101888, which includes the application that Mr. Felts submitted to
10 Genworth. Attached hereto as <u>Exhibit C</u> is annuity contract no. 3856746, which includes the
11 application that Mr. Felts submitted to Genworth. Attached hereto as <u>Exhibit D</u> is annuity
12 contract no. 3864923, which includes the application that Mr. Felts submitted to Genworth.
13 Attached hereto as <u>Exhibit E</u> is annuity contract no. 3867121, which includes the application
14 that Mr. Felts submitted to Genworth. Attached hereto as <u>Exhibit F</u> is annuity contract no.
15 3869052, which includes the application that Mr. Felts submitted to Genworth. Exhibits B-F
16 are true and correct copies of the contracts and applications for the five SPIAs at issue in this
17 action.

18     I declare under penalty of perjury under the laws of the United States of America that
19 the foregoing is true and correct.

20     Executed this 15TH day of August, 2008, at Richmond, Virginia.

                                                  Timothy J. Layton

SECOND LAYTON DECL. (C06-1419 RAJ) – 2
DWT 11672170v1 0081972-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, I presented the foregoing *Second Declaration of Timothy J. Layton* to the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following persons:

Patrick L. Hinton:  phl@ltol.com
Richard Lawrence Martens:  rmartens@martenslegal.com
Mark David Roth:  mroth@golbeckroth.com
Steven A Stolle:  sstolle@martenslegal.com

DATED this 15th day of August, 2008.

Davis Wright Tremaine LLP
*Attorneys for Genworth Life Insurance Co. and Jeffrey Reese*

By */s/ Charles S. Wright*
Charles S. Wright, WSBA #31940
Davis Wright Tremaine LLP
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
Telephone:  (206) 757-8175
Fax:  (206) 757-7175
E-mail:  charleswright@dwt.com

SECOND LAYTON DECL. (C06-1419 RAJ) – 3
DWT 11672170v2 0081972-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700